UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA D. PEREZ.,

Petitioner,

-against-

PRESIDING JUDGE HUDSON COUNTY NEW JERSEY.,

Respondent.

26 CIVIL 004124 (GBD)

**CIVIL JUDGMENT**

For the reasons stated in the, June 30, 2026, Order, the Court dismisses this action as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i). This Court also certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: July 6, 2026
New York, New York

/s/ George B. Daniels
GEORGE B. DANIELS
United States District Judge